# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Singleton, James K. | 2. Court or Organization  U.S.District Court, Alaska | 3. Date of Report  05/07/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge- Senior | 5a. Report Type (check appropriate type)  ☐ Nomination.  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009  to  12/31/2009 |
| 7. Chambers or Office Address  222 West Seventh Avenue, No.41  Anchorage, Alaska 99513-7524 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | State of Alaska, Judicial Retirement commenced 01/01/94 |
| 2. 2009 | Executive Life Ins.Co. annuity from State payable age 60 |
| 3. | |

RECEIVED 2009 MAY 11 A 10: 21 FINANCIAL DISCLOSURE OFFICE

Singleton, James K.

| Name of Person Reporting | Date of Report |
|---|---|
| Singleton, James K. | 05/07/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | State of Alaska Judicial Retirement | $98512.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Anchorage School District Teacher Retirement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University Law & Economics Center | 10/18-10/21/09 | La Jolla, CA | "Lincoln as President" Seminar | Meals, Lodging and Ptl Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singleton, James K. | 05/07/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2 | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singleton, James K. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Templeton World Fund Mutual Fund | A | Int./Div. | | | Sold | 03/23/09 | J | | Market |
| 2. Executive Life Insurance State Retirement Plan | | None | M | U | | | | | |
| 3. Transamerica Inc. Retirement annuity | | None | L | T | | | | | |
| 4. First Nat'l Bank AK Checking Acct. main branch | | None | J | T | | | | | |
| 5. Blackrock Total Return Fund Institutional Class | A | Int./Div. | J | T | | | | | |
| 6. Davis New York Venture FD CL Y | A | Int./Div. | K | T | Sold (part) | 03/23/09 | J | | Market |
| 7. American Cap Inc Bldr FD SBI CL F2 | A | Int./Div. | J | T | | | | | |
| 8. Cohen & Steers Select Utility Fund Inc. | A | Int./Div. | J | T | | | | | |
| 9. Gabelli Dividend & Income Trust | A | Int./Div. | J | T | | | | | |
| 10. Merrill Lynch Bank (cash) | A | Int./Div. | J | T | | | | | |
| 11. Blackrock Natural Resources Trust Instl | | None | J | T | | | | | |
| 12. Blackrock Global Allocation FD Inc Instl | A | Int./Div. | K | T | | | | | |
| 13. Merrill Lynch MITTS "NKY" SV | | None | | | Redeemed | 06/05/09 | J | | Cash |
| 14. Global Income & Currency Fund Inc. | A | Int./Div. | | | Sold | 09/25/09 | J | | Market |
| 15. Morg Stan Ins. Muni Sec. | B | Int./Div. | K | T | | | | | |
| 16. Nuveen Global Govt Enhanced Income FD | A | Int./Div. | | | Sold | 10/26/09 | J | | Market |
| 17. Bank of America Corp. | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 - $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singleton, James K. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wal-Mart Stores Inc. | A | Int./Div. | J | T | | | | | |
| 19. Powershares Exchange Traded FD TR | A | Int./Div. | J | T | | | | | |
| 20. Ivy Asset Strategy Fund CL I | A | Int./Div. | J | T | | | | | |
| 21. Pimco Real Return FD CL P | A | Int./Div. | K | T | | | | | |
| 22. Pimco Unconstrained Bond Fund CL P | A | Int./Div. | J | T | Buy | 09/24/09 | J | | Market |
| 23. Templeton Glbl Bond FD Adv CL | A | Int./Div. | J | T | Buy | 09/24/09 | J | | Market |
| 24. FIA Card Services NA RASP | A | Interest | J | T | Open | 06/08/09 | J | | Cash |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Singleton, James K. | 05/07/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part III A & B - No longer apply for Alaska Permanent Fund Dividend

Part VII:

Line 7 - June 2009 Changed from CL A to CL F2
Line 14 - 9/24/09 Partial Sale
Line 16 - 9/25/09 Partial Sale
Line 20 - June 2009 Changed from CL Y to CL I
Line 21 - June 2009 Changed from CL A to CL P
Line 22 - 9/25/09 Add'l Buy
Line 23 - 9/25/09 Add'l Buy
Line 24 - 6/8/09 Opened ML Bank USA RASP and name changed to FIA Card Services NA RASP in July 2009

| Name of Person Reporting | Date of Report |
|---|---|
| Singleton, James K. | 05/07/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544